[No. 20906–0–I.   Division One.   February 6, 1989.]

RICHARD S. STEPHENSON, ET AL, *Respondents,* v. BERHOLD CONSTRUCTION CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–14387–8, George T. Mattson, J., entered July 30, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 20270–7–I.   Division One.   February 6, 1989.]

THE PORT OF EDMONDS, *Respondent,* v. MIKE JABLINSKE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–03354–6, William E. Howard, J., entered April 13, 1989. *Affirmed* by unpublished opinion per Carroll, J. Pro Tem., concurred in by Scholfield and Pekelis, JJ.

[No. 11532–8–II.   Division Two.   February 6, 1989.]

*In the Matter of* MICHAEL NESPER.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–8–00562–7, Leonard W. Costello, J. Pro Tem., entered October 26, 1987. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.